AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

FILED: **4/30/20**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Victor IBARRA (1); Leonel GARDEA (2); Moises PIEDRA (3); Moises MENDEZ (4)<br><br>*Defendant(s)* | )<br>)<br>) Case No.  4:20-MJ- 328<br>)<br>) **SEALED**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 2019 to the present   in the county of   Collin   in the   Eastern   District of   Texas   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Conspiracy to possess with the intent to distribute cocaine |

This criminal complaint is based on these facts:

See the Affidavit of SA Marcus West DEA attached hereto

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by:

via Webex
*(specify reliable electronic means).*

_____
*Complainant's signature*

SA Marcus West DEA
*Printed name and title*

Date and time issued: 04/30/2020, 4:46 pm

City and State:  Sherman, Texas

_____
Christine A. Nowak, U.S. Magistrate Judge